IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN TOWER, L.P.,<br>   Plaintiff<br><br>v.<br><br>ZONING HEARING BOARD OF EAST<br>HANOVER TOWNSHIP, DAUPHIN<br>COUNTY, PENNSYLVANIA<br>   Defendant<br><br>ROBERT & DONNA MAURER,<br>BRENDA PEFFLEY,<br>   Intervenors | NO. 1:CV 00-0158<br>NO. 1:CV 00-0555<br><br>JUDGE KANE |

## JOINT STATUS REPORT

Plaintiff American Tower L.P. ("American Tower"), Defendant Zoning Hearing Board of East Hanover Township, Dauphin County, Pennsylvania ("Zoning Hearing Board"), and Intervenors Robert and Donna Maurer and Brenda Peffley (collectively referred to as "Intervenors"), through their respective attorneys, hereby file this Status Report.

  1.  American Tower commenced these actions by filing complaints on January 27, 2000 and March 27, 2000.

  2.  American Tower has alleged that Defendant Zoning Hearing Board of East Hanover Township, Dauphin County, Pennsylvania (the "ZHB"), violated the Federal Telecommunications Act of 1996, 47 U.S.C. § 332(c)(7), American Tower's civil rights pursuant to 42 U.S.C. § 1983, and certain Pennsylvania state laws by, *inter alia*, revoking a building permit which had been issued to American Tower for the construction of a cellular communications tower.

3. By Order dated January 10, 2001, this Court set deadlines for close of discovery and dispositive motions.

4. By Order dated April 27, 2001, this Court extended the deadline for dispositive motions to May 25, 2001.

5. By Order dated May 22, 2001, this Court enlarged the summary judgment deadline until July 25, 2001.

6. By Orders dated July 23, 2001 and December 7, 2001, this Court stayed the case pending settlement.

7. In preliminary settlement discussions among the parties, counsel for Intervenors informed American Tower that they would not object to a tower of 199 feet so long as the light on top of the tower was removed.

8. American Tower submitted an inquiry to the Federal Aviation Administration ("FAA") regarding the necessity of attaching a light to a tower of 199 feet.

9. By letter dated November 14, 2001, the FAA informed American Tower that a tower of 199 feet need not be lighted or marked.

10. The parties are in the process of reviewing a settlement agreement.

11. The parties believe a further stay will assist them in reaching an amicable settlement of this matter.

12. Counsel for Defendant and Intervenors have authorized counsel for American Tower to sign this Joint Status Report on their behalf.

WHEREFORE, Plaintiff American Tower, L.P., Defendant Zoning Hearing Board of East Hanover Township, Dauphin County, Pennsylvania, and Intervenors Robert and Donna Maurer and Brenda Peffley respectfully request that this Honorable Court continue the stay of this matter pending settlement.

Respectfully submitted,

McNEES WALLACE & NURICK LLC

By _____
Carol A. Steinour
Attorney I.D. No. 55969
Charles M. Courtney
Attorney I.D. No. 77045
100 Pine Street
P. O. Box 1166
Harrisburg, PA 17108-1166
(717) 232-8000

Attorneys for Plaintiff

LAVERY, FAHERTY, YOUNG
& PATTERSON, P.C.

By _____ for
Frank J. Lavery, Jr., Esquire
301 Market Street, Suite 800
P.O. Box 1245
Harrisburg, PA 17108-1245

Attorney for Defendant

NESTICO & DRUBY, L.L.P.

By _____ for
Anthony J. Nestico, Esquire
475 West Governor Road
Hershey, PA 17033

Attorney for Intervenors