IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN TOWER, L.P., : | CIVIL ACTION NO. 1:CV-00-0158 |
| Plaintiff, : | |
| : | Judge Kane |
| v. : | |
| ZONING HEARING BOARD OF EAST : HANOVER TOWNSHIP, DAUPHIN : COUNTY, PENNSYLVANIA : | |
| Defendant, : | |
| ROBERT & DONNA MAURER, : BRENDA PEFFLEY, : | |
| Intervenors. : | |

FILED
HARRISBURG
FEB 22 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## ORDER

**AND NOW**, upon consideration of the joint status report filed by the parties on February 12, 2002, **IT IS ORDERED THAT** this case is **STAYED** until March 11, 2002. A telephone conference will be held on March 11, 2002, at 11:30 a.m. to discuss the status of this case. Plaintiff's counsel shall initiate this conference call.

_____
Yvette Kane
United States District Judge

Dated: February 22, 2002.

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                     February 22, 2002


Re:  1:00-cv-00158    Amer Tower, L.P., v. Zoning Hear Board
```

True and correct copies of the attached were mailed by the clerk to the following:

    Bryan S. Megary, Esq.
    Mette, Evans & Woodside
    3401 North Front Street
    P.O. Box 5950
    Harrisburg, PA  17110-0950

    Charles M. Courtney -, Esq.
    McNees, Wallace & Nurick
    100 Pine Street
    P.O. Box 1166
    Harrisburg, PA  17108-1166

    Carol Steinour, Esq.
    McNees, Wallace & Nurick
    100 Pine Street
    P.O. Box 1166
    Harrisburg, PA  17108-1166

    Frank J. Lavery Jr., Esq.
    Lavery & Associates, P.C.
    301 Market Street
    P.O. Box 1245
    Suite 800
    Harrisburg, PA  17108-1245

    Anthony Joseph Nestico, Esq.
    Nestico & Druby, LLP
    840 East Chocolate Ave
    Hershey, PA  17033

```
cc:
Judge                              (✓)           ( ) Pro Se Law Clerk
Magistrate Judge                   ( )           ( ) INS
U.S. Marshal                       ( )           ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( )  with N/C attached to complt. and served by:
                                        U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5                ( )
Order to Show Cause                ( )  with Petition attached & mailed certified mail
                                        to:  US Atty Gen   ( )   PA Atty Gen ( )
                                             DA of County ( )   Respondents ( )

Bankruptcy Court                   ( )
Other_____        ( )
                                                    MARY E. D'ANDREA, Clerk

DATE:  2 22 02                              BY: _____
                                                    Deputy Clerk
```