IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN TOWER, L.P., : | CIVIL ACTION NO. 1:CV-00-0158 |
| Plaintiff, : | |
| : | Judge Kane |
| v. : | |
| ZONING HEARING BOARD OF EAST : HANOVER TOWNSHIP, DAUPHIN : COUNTY, PENNSYLVANIA : Defendant. : | FILED HARRISBURG APR - 4 2002 MARY E. D'ANDREA, CLERK Per_____ DEPUTY CLERK |
| ROBERT & DONNA MAURER, : BRENDA PEFFLEY, : Intervenors. : | |

## ORDER

AND NOW, this 4th day of April, 2002, **IT IS ORDERED THAT**:

1. Defendant's motion for summary judgment (doc. 36) is **DENIED** without prejudice to refile;

2. The case is **STAYED** pending the outcome of proceedings before the Zoning Hearing Board; and

3. The parties shall keep the Court informed regarding the status of the case and shall file a joint status report with the Court no later than October 1, 2002.

_____
Yvette Kane
United States District Judge