IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN TOWER, L.P., | CIVIL ACTION NO. 1:CV-00-0158 |
| Plaintiff, | |
| | Judge Kane |
| v. | |
| ZONING HEARING BOARD OF EAST HANOVER TOWNSHIP, DAUPHIN COUNTY, PENNSYLVANIA | FILED
HARRISBURG, PA
JAN 27 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk |
| Defendant | |

## ORDER

AND NOW, this 27th day of Jan., 2003, counsel having reported to the Court that the above action has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

Yvette Kane
United States District Judge

Certified from the record
Date 1/27/3
Mary E. D'Andrea, Clerk
Per _____ Deputy Clerk